IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CT-03231-FL

| | |
|---|---|
| JERMAINE ANTWAN TART, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| | ) **(Proposed)** |
| MARK TROCK, et al., | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Motion of Defendant to have his Answer to Plaintiff's complaint deemed timely filed, *nunc pro tunc*.

It appearing to the Court that good cause exists for finding that Defendant's Answer to Plaintiff's complaint was timely filed, *nunc pro tunc* and that no party in this action will be prejudiced by such finding.

It is hereby ORDERED and ADJUDGED that Defendant's Answer filed on November 10, 2020, is deemed timely filed, *nunc pro tunc*.

IT IS SO ORDERED, this the ____ day of _____, 2020.